SAMUEL KATZENBERG, Respondent, *v.* ALEX SATZ, Also Known as ALEX SMITH and Others, Appellants.

Supreme Court, Appellate Term, First Department, March 25, 1927.

**Attorney and client — prosecution of action — attorney moved for directed verdict in favor of client — client bound thereby.**

An attorney, having authority to do all acts incidental to the prosecution and management of an action, including the right to move for a verdict by direction of the court in favor of his client, the client is bound by the attorney's action, particularly where the motion was made in open court in the presence and hearing of the client who was not heard to dissent.

APPEAL by defendants from an order of the Municipal Court, Borough of Manhattan, Second District, granting plaintiff's motion to set aside a verdict in favor of plaintiff.

*Samuel Ellerstein,* for the appellants.

*Herman Koenigsberg,* for the respondent.

PER CURIAM. The plaintiff's attorney had authority to do all acts incidental to the prosecution and management of the action, and this included the right to move for a verdict by direction of the court in favor of the attorney's client, and it being within the sphere of his general authority to so move as incident to the manner of procedure, his client, the plaintiff, was bound by his attorney's action. Moreover such motion having been made in open court in the presence and hearing of the plaintiff, and the plaintiff having expressed no dissent from what was done, or disapproval, will be presumed to have consented thereto and to have authorized in fact what his attorney did. He cannot be now heard to disaffirm it.

Order reversed, with ten dollars costs, motion denied, and verdict reinstated.

All concur; present, LYDON, LEVY and CRAIN, JJ.